IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARNELL SCOTT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GENESIS HEALTHCARE, INC., et al., | : | NO. 15-0916 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of August, 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. 25), Plaintiff's Response in Opposition (Doc. 27), and Defendants' Reply to Plaintiff's Response in Opposition (Doc. 31), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART.**[1]

**IT IS FURTHER ORDERED** that a Telephone Conference to set a trial date certain shall be held on **Thursday, September 8, 2016 at 10:30 am**. Prior to the conference, the parties are directed to confer on mutually agreeable dates for trial. Plaintiff's counsel shall initiate the telephone call and contact the Court once all parties have convened on the line. Chambers can be reached by dialing (267) 299-7610.

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, C.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 22, 2016.